No. 630. Ethel Jones v. State of Mississippi. Error to the Supreme Court of the State of Mississippi. October 11, 1926. *Per Curiam.* Motion for leave to proceed further in forma pauperis denied for the reason that the court finds upon examination of the unprinted record that there is no jurisdiction of the cause on the writ of error for want of a substantial Federal question. *Trono* v. *United States*, 199 U. S. 521. *Mr. William H. Watkins* for plaintiff in error. No appearance for defendant in error.

No. 657. David F. Mitchell v. United States. See *post*, p. 693.

No. 652. Thomas H. Larkin v. State of New York. Error to the Supreme Court of the State of New York. October 11, 1926. *Per Curiam.* Motion for leave to proceed further in forma pauperis denied for the reason that the court finds upon examination of the unprinted record that it presents no Federal question and therefore dismisses the writ of error upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.*, 237 U. S. 580, 583; *Piedmont Power and Light Co.* v. *Town of Graham*, 253 U. S. 193, 195. *Mr. Thomas H. Larkin, pro se.* No appearance for defendant in error.

No. 230. State Industrial Board of the State of New York v. Terry & Tench Company, Inc., and United States Fidelity and Guaranty Company. Certiorari to the Supreme Court of the State of New York. Argued October 6, 1926. Decided October 11, 1926. *Per Curiam.* Reversed upon the authority of *Millers' Indemnity Underwriters* v. *Braud*, 270 U. S. 59. *Mr. E. C. Aiken*, with whom *Mr. Albert Ottinger*, Attorney General of New York, was on the brief, for petitioner. *Mr. W. W. Dimmick* for respondents.